UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Marcos Junior Da Silva De Oliveira

V.

CIVIL ACTION NO. 1:26-cv-11989-MJJ

Moniz et al

ORDER OF DISMISSAL

JOUN, D.J.

In accordance with the Respondents' Status Report dated May 12, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

May 13, 2026

/s/ Sophie Phillips
--------------------------
Deputy Clerk